UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY CONTROL SYSTEMS CORP., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-cv-01266 (BAH) |
| U.S. DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

## ANSWER

Defendant United States Department of Transportation ("DOT") hereby answers Plaintiff's Complaint for Injunctive Relief ("Complaint") in this Freedom of Information Act ("FOIA") case, ECF No. 1, as follows:

### First Defense

To the extent that Plaintiff's Complaint avers that it has received no response from defendant to its FOIA request, dated February 24, 2017, this claim is moot as Defendant responded to Plaintiff's FOIA request on July 21, 2017.

### Second Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Third Defense

Plaintiff is not entitled to any relief beyond that set forth under FOIA, and the Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA.

### Fourth Defense

Defendant has not improperly withheld any records under FOIA, 5 U.S.C. § 552.

**Fifth Defense**

Plaintiff responds to the numbered and unnumbered paragraphs of the Complaint as follows:

1. Paragraph 1 contains Plaintiff's characterization of this action, to which no response is required. To the extent denied response is deemed required, Defendant denies the allegations in paragraph 1.

**Jurisdiction and Venue[1]**

2. Paragraph 2 contains Plaintiff's conclusions of law regarding jurisdiction to which no response is required. To the extent a response is deemed required, Defendant admits that this Court has jurisdiction over claims brought under FOIA. Paragraph 2 also contains Plaintiff's conclusions of law regarding venue to which no response is required. To the extent a response is deemed required, Defendant admits that this district is a proper venue.

**Parties**

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies the same.

4. Admit.

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint herein. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required, and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

**Plaintiff's FOIA Request and NHTSA's Failure to Timely Respond**

5.      Defendant admits that Paragraph 5 accurately quotes a portion of the language in Plaintiff's February 24, 2017, FOIA request, but avers that the letter speaks for itself and respectfully refers the Court to the letter for a full and accurate statement of its contents.

6.      Defendant admits the allegations in Paragraph 6, but further avers that the March 31, 2017, letter speaks for itself and respectfully refers the Court to the letter for a full and accurate statement of its contents.

7.      Defendant admits that Paragraph 7 accurately quotes a portion of the language in its March 31, 2017, letter, but avers that the letter speaks for itself and respectfully refers the Court to the letter for a full and accurate statement of its contents.

8.      Defendant denies the allegations in Paragraph 8 and avers that Defendant responded to Plaintiff's FOIA request on July 21, 2017.

**CAUSE OF ACTION**

**Violation of the Freedom of Information Act for
Wrongful Withholding of Agency Records**

9.      The responses to Paragraphs 1 through 8 are incorporated herein by reference.

10.-12.  Paragraphs 10 through 12 state legal conclusions as to which no response is required. To the extent that a response is required, Defendant denies the allegations.

**Requested Relief**

The remainder of Plaintiff's Complaint contains Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendant specifically denies that Plaintiff is entitled to any relief whatsoever.  All allegations contained in the Complaint,

including headings, that are not specifically admitted, qualified or denied herein are hereby denied as completely as if separately and specifically denied.

                                Respectfully submitted,

                                CHANNING D. PHILLIPS, D.C. Bar #415793
                                United States Attorney
                                for the District of Columbia

                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                Chief, Civil Division

By:                _____/s/_____
                                CLAIRE WHITAKER, Bar # 354530
                                Assistant United States Attorney
                                Judiciary Center Building
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 252-2526 (office)
                                Claire.Whitaker@usdoj.gov