# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY CONTROL SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, <br><br> Defendant. | Civil Action No. 17-cv-01266 (BAH) |

### DECLARATION OF JEFFREY QUANDT

I, JEFFREY L. QUANDT, hereby declare:

1. I am the Chief of Vehicle Defect Division D in the National Highway Traffic Safety Administration ("NHTSA"), Office of Defects Investigation ("ODI"). Prior to serving in this role, I was the Chief of the Vehicle Control Division.

2. I have worked in NHTSA's Office of Defects Investigation for 29 years. Prior to becoming a Division Chief in 2001, I worked as a General Engineer.

3. In my capacity as Division Chief, I am responsible for overseeing the investigations conducted by the members of Vehicle Defect Division D.

4. ODI conducts its investigative work through five principal divisions, including Vehicle Defect Division D. In conducting investigations, ODI regularly requests information directly from the subject manufacturer consistent with NHTSA's authority to inspect and investigate. *See* 49 U.S.C. § 30166(b). These requests are made formally through information request letters.

5. On May 7, 2016, a 2015 Tesla Model S collided with a tractor trailer crossing an uncontrolled intersection in Florida, resulting in fatal injuries to the Tesla driver. *See* Exhibit 1, Closing Report at p. 1. Data obtained from the Model S indicated that it was being operated in Autopilot mode at the time of the crash, that the automatic emergency breaking (AEB) system did not provide any warning or automated breaking for the event, and that the driver took no action to avoid the crash. *Id.*

6. Tesla's Autopilot system is an advanced driver assistance system, which controls vehicle speed and path by automated control of braking, steering, and torque to the drive motors. *Id.* at p. 4. The major subsystems associated with Autopilot are Traffic-Aware Cruise Control and Autosteer. *Id.*

7. On June 28, 2016, NHTSA opened an investigation to examine the design and performance of the AEB and Autopilot systems in use at the time of the crash. *See id.* The investigation was designated as Preliminary Evaluation, PE16-007.

8. Vehicle Defects Division D was the ODI division responsible for conducting the investigation. As the Division Chief, I was the lead investigator for PE16-007.

9. On July 8, 2016, I sent Tesla an information request letter, requesting certain information relevant to PE16-007. *See* Exhibit 2. Question 1 sought information on vehicles Tesla manufactured for sale or lease in the United States and federalized territories, including the dates and mileages when Autosteer and AEB software were installed, the number of AEB events before and after Autosteer was installed, and whether there were any airbag deployments before or after Autosteer was installed. I requested that the response to Question 1 be submitted in a Microsoft Access format.

10. Tesla provided its initial response to the information request letter on August 8, 2016. *See id.* Among other information submitted, the initial response included a brief narrative response to Question 1 addressed to me, along with a flash drive containing the requested Microsoft Access database, which was titled "CBI_PE16 007_PRODUCTION DATA." *See* Exhibit 2 at p. 2; *see also* Exhibit 3, Vaughn Index.

11. I saved the Microsoft Access database to my personal network drive in a subfolder that I created for the investigation titled "PE16007."

12. Tesla's initial response was accompanied by a letter to NHTSA's Chief Counsel, requesting confidential treatment for information contained in the initial response and on the flash drive. Exhibit 4. Consistent with that request, Tesla marked the entire Access database as containing confidential business information. *See* Exhibit 3. Tesla also submitted a public version of its initial response, which redacted the information for which it was seeking confidential treatment. Exhibit 2.

13. NHTSA closed PE16-007 on January 19, 2017, and published a closing report that summarized the key findings from the investigation. Exhibit 1.

14. I was the primary author of the closing report.

15. The closing report included Figure 11, a graph reflecting crash rates in model year 2014-16 Tesla Model S and 2016 Model X vehicles before and after Autosteer was installed. *See* Exhibit 1, Closing Report at p. 11.

16. As part of the investigation and deliberation leading up to the decision to close PE16-007, I performed an analysis of Tesla's raw vehicle data to determine whether and to what extent crash rates changed after the installation of Autosteer.

17. In performing the calculation, I relied solely upon the information contained in the Access database titled "CBI_PE16_007_PRODUCTION DATA." I performed that calculation by examining the sums of the miles driven prior to Autosteer activation, miles driven after Autosteer activation, airbag deployment events prior to Autosteer activation and airbag deployment events after Autosteer activation for all of the subject vehicles.

18. I created a separate Microsoft Excel file to store the information from the Access database and perform the calculation. I titled that file "PE16_007_PRODUCTION DATA_jlq_working_file_10Jan2017." *See* Exhibit 3.

19. I saved the Microsoft Excel file to my personal network drive in a subfolder that I created for the investigation titled "PE16007."

20. In performing the calculation for Figure 11, I did not rely upon any statistical summaries, formulas, models, adjustments, sample weights, or any other data or methods.

21. On April 11, 2017, I conducted a search for records responsive to Plaintiff's FOIA request.

22. I searched all files likely to contain responsive records, including my computer, personal network drive, and email files, using the search term "CBI-PRODUCTION DATA."

23. My search identified the following responsive records: the Access database titled "CBI_PE16-007_PRODUCTION DATA," and the Excel file titled "PE16_007_PRODUCTION DATA_jlq_working_file_10Jan2017."

24. I forwarded these documents to NHTSA's FOIA Office and noted that the Access database file name included a confidentiality designation indicating that the entire file was subject to a request for confidential treatment and that my Excel file also contained that confidential information.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed: October 23, 2017

By: _____
Jeffrey L. Quandt, Chief
Vehicle Defect Division D
Office of Defects Investigation
National Highway Traffic Safety Administration